1  SEMNAR & HARTMAN, LLP
   BABAK SEMNAR (SBN 224890)
   bob@sandiegoconsumerattorneys.com
2  JARED M. HARTMAN (SBN 254860)
   jared@sandiegoconsumerattorneys.com
3  400 S. Melrose Dr., Suite 209
   Vista, CA 92081
   Telephone: (951) 293-4187
4  Facsimile: (888) 819-8230

5  Attorneys for Plaintiff
   PEDRAM SHAROKHI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PEDRAM SHAROKHI, an individual, | Case No. 2:15-cv-04732-DMG-RAO |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING DATES, DEADLINES, HEARINGS** |
| v. | |
| WELLS FARGO BANK, N.A.; | |
| Defendants. | |

PLEASE TAKE NOTICE that the Parties herein—Plaintiff PEDRAM SHAROKHI and Defendant WELLS FARGO BANK, N.A.—have reached a settlement of the entire action on all claims and allegations.

As such, the Parties request that all pending hearing dates and deadlines be vacated, and this matter be removed from the Court's active calendar but retain jurisdiction for a period of 45 days to ensure a settlement agreement is fully executed and all terms thereto are finalized.

///

07685.1501/4956185.1                                    1

By including their electronic signature below counsel for all parties confirm to having reviewed and approved of the instant Notice for filing through the Court's CM/ECF program.

DATED: December 9, 2015  Respectfully submitted,

/s/ *Jared M. Hartman*
Jared M. Hartman, Esq.
Semnar & Hartman, LLP
Attorneys for Plaintiff

DATED: December 9, 2015  Respectfully submitted,

/s/ *Alexandra N. Krasovec*
Alexandra N. Krasovec, Esq.
Severson & Werson
Attorneys for Defendant